# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 4:23-mc-4029 |
| STEPHEN ONEIL WILLOUGHBY. ) | |

## ORDER

On September 21, 2023, the Illinois Supreme Court disbarred attorney Stephen Oneil Willoughby effective immediately. Sept. 21, 2023 Ill. Sup. Ct. Ord. 1, Ord. Attach., ECF No. 1-1.[1]  When the Court receives information that an attorney has been disbarred from practice in any other court of record, it will automatically impose the same discipline in the Central District of Illinois. Civil LR 83.6. Accordingly, the Court DISBARS Willoughby from practicing in the Central District of Illinois effective immediately. If the Illinois Supreme Court ever reinstates Willoughby, he may file a motion for reinstatement with this Court.

Entered:  October 2, 2023

_____
SARA DARROW
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court may take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b)(2), such as those supplied by the Illinois Attorney Registration and Disciplinary Commission ("ARDC") on its website. *See* Lawyer Search, ARDC, https://www.iardc.org/ (search for Stephen Willoughby; select Stephen Oneil Willoughby; scroll to Public Record of Discipline and Pending Proceedings; click Case Research; click September 21, 2023 Supreme Court Order) (last visited Oct. 2, 2023).